IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Welch, Caroll

Printed: 11/04/08

Case Number: 08 B 09130
Judge: Goldgar, A. Benjamin
Filed: 4/15/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 23, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 417.31 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 389.77 |
| Trustee Fee: |  | 27.54 |
| Other Funds: |  | 0.00 |
| Totals: | 417.31 | 417.31 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,794.00 | 389.77 |
| 2. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 3. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 5. | Illinois Dept of Revenue | Priority | 1,983.91 | 0.00 |
| 6. | Marquette National Bank | Unsecured | 88.04 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 50.45 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 139.78 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 80.28 | 0.00 |
| 10. | GMAC Auto Financing | Unsecured | 1,214.00 | 0.00 |
| 11. | RJM Acquisitions LLC | Unsecured | 8.74 | 0.00 |
| 12. | Illinois Dept Of Human Services | Unsecured | 1,582.42 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 374.31 | 0.00 |
| 14. | Illinois Dept of Revenue | Unsecured | 15.84 | 0.00 |
| 15. | Wilshire Credit Corp | Secured |  | No Claim Filed |
| 16. | Option One Mortgage Corp | Secured |  | No Claim Filed |
| 17. | Select Portfolio Servicing | Secured |  | No Claim Filed |
| 18. | Capital One | Unsecured |  | No Claim Filed |
| 19. | Capital One | Unsecured |  | No Claim Filed |
| 20. | Ford Motor Credit Corporation | Unsecured |  | No Claim Filed |
| 21. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 22. | Dept Of Human Services | Unsecured |  | No Claim Filed |
| 23. | Beneficial Finance Corporation | Unsecured |  | No Claim Filed |
| 24. | Mutual Hospital Services | Unsecured |  | No Claim Filed |
| 25. | Nicor Gas | Unsecured |  | No Claim Filed |
| 26. | Chase | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Welch, Caroll | Case Number: 08 B 09130 |
|---|---|---|
| | | Judge: Goldgar, A. Benjamin |
| | Printed: 11/04/08 | Filed: 4/15/08 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| | | | $ 9,331.77 | $ 389.77 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 27.54 |
| | $ 27.54 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

